IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00435-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ISHMAEL MOSELY,
        a/k/a "Ish",
2.     ROMAN SANTISTEVAN,

        Defendants.

## SETTING AND TRIAL PREPARATION ORDER

THIS MATTER comes before the Court for setting of trial and pretrial deadlines. The parties have previously contacted the Court and advised the Court of the deadlines applicable pursuant to the Speedy Trial Act (18 U.S.C. §3161, *et. seq.*) and obtained preliminary dates. Pursuant to the agreement of the parties and in accordance with the Speedy Trial Act and the Local Rules of the United States District Court for the District of Colorado effective April 15, 2002,

**IT IS HEREBY ORDERED:**

This Order may not be modified by agreement of the parties. Upon timely application, however, either or both parties may seek modification as may be necessary to meet a *bona fide* emergency, to avoid irreparable injury or harm, or as may otherwise be necessary to do substantial justice.

## A. TRIAL AND TRIAL PREPARATION SETTINGS

The initial trial setting in this matter for a fourteen-day trial to a jury of twelve, plus alternates, is **February 4, 2008**, at **1:00 p.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The final trial preparation conference is set for a one-half hour hearing on **February 1, 2008,** at **4:30 p.m.** The parties are expected to be fully prepared for trial at that time. The Defendant and lead counsel who will try the case shall attend.

## B. MOTIONS DEADLINES

1. Pretrial motions **other than Motions to Suppress** shall be filed on or before **December 21, 2007**. Responses and Motions to Suppress shall be filed on or before **December 28, 2007**. The government's response to any Motion to Suppress shall be filed on or before **December 31, 2007**. The government's response to any suppression motion shall include the estimated time needed for an evidentiary hearing on the motion.

2. A motions hearing is set for **January 3, 2008**, at **4:00 p.m.** If no motions are filed, this hearing automatically will be vacated without further court order. Please confer prior to the hearing to determine whether issues are in dispute, then narrow the issues to be resolved or file appropriate documents resolving the motions prior to the hearing. Evidentiary motions will be set at this hearing. The hearing will be non-evidentiary. If further hearings are required and cannot be accommodated before the initial trial date, it may be reset at the motions hearing.

3. With regard to any motion filed by a defendant which is not governed by paragraph 1 above, the government shall file a written response to the motion within 5 business days of service of the motion, unless otherwise ordered by the Court.

## C. PLEA AGREEMENTS

Local Rule D.C.COLO.LCrR 11.1 is applicable in this matter. Absent Court Order, a Notice of Disposition shall be filed **no later than 14 days** before the above stated trial date.

## D. TRIAL PREPARATION REQUIREMENTS

**1. Conflicts in Scheduling.** Continuances of the trial will be granted only in truly exceptional circumstances upon grounds satisfying the provisions of the Speedy Trial Act

**2. Motions and Jury Instructions.** All motions *in limine* and proposed jury instructions must be filed **at least one week** prior to the final trial preparation conference. Responses to motions shall be filed at least **48 hours** prior to the conference. Motions *in limine* and other outstanding pre-trial motions may be considered at the conference as will other outstanding pretrial motions.

Counsel should confer as to the required jury instructions prior to submission to avoid duplication. In addition to filing the instructions, they shall be submitted in WORD or WORDPERFECT format via email to (krieger_chambers@cod.uscourts.gov). All instructions submitted should contain language which is gender neutral or gender correct. Instructions should contain the caption "Instruction No. __", and the supporting authority, but no other titles or numbers. Parties should submit stipulated facts and summary of the charges in the Indictment/Information as separate jury instructions.

**3. Witness List.** One week before the conference, the Government shall file the final Witness List (form available at www.co.uscourts.gov). Please be sure that first and last names are spelled correctly (using capital letters only for proper names) and that any changes in name have been noted, as one copy will be available to the court reporter to avoid the necessity of asking for the spelling of the witness' name.

**4. Exhibit List.** Prior to the conference, counsel shall confer and agree upon the manner

of labeling exhibits. Pursuant to such agreement, one week prior to the conference, the Government will file an Exhibit List (form available at www.co.uscourts.gov). If known, demonstrative exhibits and documents used to refresh memory shall be listed on the Exhibit List.

If exhibits are to be presented by CD, they shall be labeled thereon. If they are to be presented in hard copy, labels should be affixed prior to trial. All paper exhibits shall be bound, such as in three-ring notebooks or folders, and the notebook or folder labeled with the following information: (i) caption, (ii) charges, (iii) scheduled date and time, (iv) party's name and designation and (v) "original" or "copy," and delivered to the CRD at the final trial preparation conference.

**5.** *Voir Dire* **Questions.** The Court will conduct *voir dire* which will be composed of its own questions and those submitted by counsel. Proposed *voir dire* questions shall be filed at **least one week before** the final trial preparation conference. If juror questionnaires are to be used, please make arrangements to review same before the trial date.

**6. Terminology**. **At least one week before** the final trial preparation conference, parties shall file a glossary of any unusual or technical terminology. The glossary should also include names of persons who will be mentioned during the course of trial but are not parties to the litigation. Capitalize proper names, only.

**7. Video and Special Equipment.** If you intend to use electronic equipment advise the courtroom deputy clerk **no later than two weeks** before trial and make an appointment for training.

**8. Trial Briefs**. Please advise the Court at the final trial preparation conference if you wish to file trial briefs, which may not be filed unless authorized by the Court. Briefs requested shall be filed on a date to be set by the Court. Unless otherwise specified, trial briefs shall be

limited to 5 pages.

**9. Issues to be addressed at the Pretrial Conference.**

The parties shall be prepared to address the following issues:

1) jury selection, including the need for a special jury panel and whether the parties desire the use of a jury questionnaire;

2) sequestration of witnesses;

3) presentation of exhibits to the jury;

4) timing of presentation of witnesses and evidence;

5) anticipated evidentiary issues (need for scheduling of hearings outside the presence of the jury);

6) any stipulations as to fact or law; and

7) any other issue affecting the duration or course of the trial.

DATED this 11th day of December, 2007.

                          **BY THE COURT:**

                          */s/ Marcia S. Krieger*
                          _____
                          Marcia S. Krieger
                          United States District Judge