**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date: September 14, 2009
Court Reporter:    Paul Zuckerman
Probation Officer: Kurt Thoene

Criminal Action No. 07-cr-00435-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Gregory Holloway

       Plaintiff,

v.

ISHMAEL MOSELY,                             Steven Jacobson

       Defendant.

---

**SENTENCING MINUTES**
---

**8:37 a.m.     Court in session**.

Defendant present in custody.

 Change of Plea Hearing on August 6, 2009.  **Defendant pled guilty to Counts 1, 2, 3, 5, 7, 9, 11, 13, 15, 17, 19 and 21 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure (**Doc. #116, 117, 118**).  Argument by Mr. Jacobson.  The Government objects to the additional departure requested.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  **(Doc. #116, 117)**

Allocution. - Statements made by: The defendant and defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument

Oral findings are made of record.

**ORDER:** The Government's Motion for Downward Departure (**Doc. #118**) is **GRANTED.**

**ORDER**: Defendant's Motions for Departure/Variant Sentence (**Doc #116, 117**) are **DENIED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:41 a.m.** **Court in recess.**

Total Time:    1 hour 4 minutes
Hearing concluded.